The Indianapolis, Bloomington and Western R. W. Co. v. Ferguson.

---

THE INDIANAPOLIS, BLOOMINGTON AND WESTERN R. W. Co. *v.* FERGUSON.

SUPREME COURT.—*Brief.*—*Dismissal of Appeal.*—A failure by the appellant, on appeal to the Supreme Court, to file a brief within sixty days after the submission of the cause, is ground for dismissing the appeal.

From the Montgomery Circuit Court.

HOWK, J.—This cause was submitted to this court by the appellant, on the default of the appellee, on the 24th day of May, 1876. By a rule of this court, it is pro-

vided, that, where a cause has been thus submitted on call, the appellant shall have sixty days' time in which to file a brief, and that, if such brief is not filed within the time limited, the appeal shall be dismissed.

The appellant has not filed any brief of this cause in this court; and, therefore, the appeal herein is dismissed, at the costs of the appellant.